# United States District Court

### EASTERN DISTRICT OF TEXAS
#### SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2006 NOV 21  PM 3: 04

TEXAS-EASTERN

BY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:05cr7 |
| | § | (Judge Schell/Judge Bush) |
| JOSEPH W. BURNETT | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order.

As Defendant has waived his right to object, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is finally

**ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a period of eight (9 ) months with no supervised release

1

to follow.

      **SIGNED** this _20th_ day of _November_, 2006.

                        RICHARD A. SCHELL
                        UNITED STATES DISTRICT JUDGE